# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CORNELIUS JONES**,

    *Plaintiff,*

**v.**                              **Case No:** 8:24-cv-2694-CEH-AAS

**CLARITY SERVICES, INC.**,

    *Defendant.*

_____/

## NOTICE OF SETTLEMENT

In accordance with Local Rule 3.09, the Plaintiff, CORNELIUS JONES ("Plaintiff"),  hereby provides notice that Plaintiff and the Defendant, CLARITY SERVICES, INC. ("Defendant"), have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendant from this case with prejudice.

Respectfully submitted on May 5, 2025.

**SERAPH LEGAL, P. A.**

/s/ *Megan Rosenberg*
Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213
MRosenberg@SeraphLegal.com
2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606
Tel: 813-567-1230 (Ext: 404)
Fax: 855-500-0705
*Counsel for Plaintiff*

Page **1** of **2**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF System.

/s/ *Megan Rosenberg*

Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213