**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CORNELIUS JONES,

    Plaintiff,

v.                                  Case No: 8:24-cv-2694-CEH-AAS

CLARITY SERVICES, INC.,

    Defendant.

_____

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. 22). In it, the parties stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). In accord with the Stipulation of Dismissal with Prejudice, it is **ORDERED**:

1) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

2) The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on June 6, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties